**Order entered May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01617-CR

**JESSE LEE AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82407-2013**

## ORDER

On April 17, 2014, the Court granted the April 12, 2014 motion of Christopher Routt to withdraw as appellant's counsel and ordered the trial court to appoint new counsel for appellant. We have received the trial court's order appointing Pam Lakatos to be appellant's attorney. Accordingly, we **DIRECT** the Clerk to list Pam Lakatos as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE